No. 01–939. SWONGER ET AL. *v.* SURFACE TRANSPORTATION BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–954. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1128. BLACKARD ET UX., INDIVIDUALLY AND AS PARENTS, LEGAL GUARDIANS, AND NEXT FRIENDS OF BLACKARD, A MINOR *v.* MEMPHIS AREA MEDICAL CENTER FOR WOMEN, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1133. SINGER ET AL. *v.* CITY OF ALABASTER ET AL. Sup. Ct. Ala. Certiorari denied.

No. 01–1134. MCCARTY ET AL. *v.* MIDWESTERN GAS TRANSMISSION CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1135. ARTHUR *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–1139. RICK'S AMUSEMENT, INC., ET AL. *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–1144. RENNIE ET AL. *v.* DAVIS. C. A. 1st Cir. Certiorari denied.

No. 01–1149. MISSOURI RIVER SERVICES, INC. *v.* OMAHA TRIBE OF NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 01–1157. MCCOY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–1160. COMPRO-TAX, INC., ET AL. *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1171. BURTON *v.* TAMPA HOUSING AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.